**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **KENNETH BELL,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | 5:04-CV-18 (WDO) |
| : | |
| **DR. OKUWOBI, et al.,** : | |
| : | |
| **Defendants** : | |

**ORDER**

Plaintiff sued Defendants, prison medical officials, for deliberate indifference to his medical needs. The matter is now before the Court on the Magistrate Judge's Report and Recommendation to grant the Defendants' motion for summary judgment. Having carefully considered the Recommendation, and Plaintiff's objections thereto, the Court finds that Plaintiff failed to demonstrate deliberate indifference to his medical needs. Rather, the record shows the Defendants continually monitored and treated Plaintiff for several years, even though Plaintiff consistently refused to cooperate and take the Defendants' advice on numerous occasions. Defendants' motion for summary judgment is granted and judgment shall be entered in their favor.

SO ORDERED this 15th day of August, 2006.


S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE